**File Hashes for IP Address 72.66.79.79**

**ISP:** Verizon FiOS
**Physical Location:** Rockville, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/22/2014 21:54:56 | DEAF7DE6746EF2174FB03709EDD7930638380FA7 | Dripping Desires |
| 10/13/2014 15:57:20 | A1BBD9548A03C53E0F5D32BF2479BF9178CCBD2E | Spanish Heat |
| 10/13/2014 15:56:54 | 9C892AB5A36C0FF253C78303880823637673C417 | Serving Seduction |
| 10/13/2014 15:53:29 | 77A62B888DCA7688698A083126F88AF113A264B4 | Kacey Jordan Does Xart |
| 10/06/2014 02:41:33 | 0D1C577920811C7378C82E8B6C11302226432D05 | Sexy and Wild |
| 10/06/2014 02:21:26 | 62A046C5CD15D4800877BB24409DE3131A68A6A6 | Hot Bath For Two |
| 09/10/2014 07:12:22 | 2731D60D1DC4FA8F42FBB05CC1A474B2C3B39B7B | Paint Me White |
| 09/10/2014 07:10:35 | 6E0BEC2D5843622B516F57F61E5BE08EEE0FEB2F | Taste Me |
| 09/10/2014 07:06:38 | 23480B8CA23A12AB7800562AB1E1EA857F083C2B | Shes A Spinner |
| 09/10/2014 07:06:16 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 09/10/2014 07:04:59 | D91FB4466FA9D3AA2A98F2DAFEA9AE2502D48E27 | Our Little Cum Cottage |
| 08/26/2014 07:33:01 | AF5650A325FF66FDA4A39BE712A4079C11D41755 | Elevated Erotica |
| 08/26/2014 07:07:00 | E57ED74659C45C36B915F7ED7F06AC247A2BD83A | Sexy En Noir |
| 08/26/2014 07:07:00 | FD315DC93FD9CCEB6FA06547E198CE7A10180466 | Thunderstorm Love |
| 08/26/2014 06:55:26 | AE39BB805BC77C2091586ABBF9969875054EC6C0 | For Your Eyes Only |
| 08/04/2014 08:28:38 | F2A404014B130A149740F511D8DBE6F8A66237DC | Highrise Rendezvous |
| 08/04/2014 08:26:26 | 2FEEEB300E212FC8F3711976470119977C94A2A7 | Be With Me |
| 08/04/2014 08:21:55 | 1247492A24A5E4FC9A36EAADE5308C7AFF6C49AF | Carry Me Home |
| 08/04/2014 08:18:05 | 43D11E11172EA4301068F22EF285B67D83103574 | Any And All For You |
| 08/04/2014 08:16:28 | 75DC57F5567F9F3FA7A6988F5510AC0ECA350315 | Paint Me Beautiful |
| 07/18/2014 04:33:08 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 07/18/2014 04:30:37 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/11/2014 01:22:58 | 3306FF999D206ACD958228092CE371BB4FAACDF2 | Sexy In The City |
| 07/11/2014 01:20:35 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 07/11/2014 01:07:56 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 07/11/2014 01:03:26 | AD595D864F4D440B94B01EE3D4C0ED9E6F16517A | Sweet Awakening |
| 07/11/2014 00:57:58 | A7655F94C8A103E73DC6552897CCF623A3E88D7D | Lovers Way |
| 07/11/2014 00:46:51 | 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me |

**Total Statutory Claims Against Defendant: 28**

EXHIBIT A

MD346