**Copyrights-In-Suit for IP Address 72.66.79.79**

**ISP:** Verizon FiOS
**Location:** Rockville, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/04/2014 |
| Be With Me | PA0001907574 | 07/21/2014 | 07/25/2014 | 08/04/2014 |
| Carry Me Home | PA0001908452 | 07/29/2014 | 08/04/2014 | 08/04/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 07/11/2014 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 07/11/2014 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 10/22/2014 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 08/26/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 08/26/2014 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 08/04/2014 |
| Hot Bath For Two | PA0001914734 | 09/20/2014 | 09/22/2014 | 10/06/2014 |
| Kacey Jordan Does Xart | PA0001916065 | 10/04/2014 | 10/06/2014 | 10/13/2014 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 07/11/2014 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 09/10/2014 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 08/04/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 09/10/2014 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 10/13/2014 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 10/06/2014 |
| Sexy En Noir | PA0001909783 | 08/22/2014 | 08/26/2014 | 08/26/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 07/11/2014 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/10/2014 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 10/13/2014 |

EXHIBIT B

MD346

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Summertime Lunch | PA0001907078 | 07/11/2014 | 07/25/2014 | 07/18/2014 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 07/11/2014 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 09/10/2014 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 08/26/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 07/11/2014 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 09/10/2014 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 07/18/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  28**