# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                              Civil Action No. 8:14-cv-03593-GJH

JOHN DOE, subscriber assigned IP address 72.66.79.79,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 72.66.79.79. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 29, 2015

                                                      Respectfully submitted,

                                                      By:   /s/ *Jon A. Hoppe*
                                                    Jon A. Hoppe, Esquire
                                                    jhoppe@mhhhlawfirm.com
                                                    MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
                                                    1401 Mercantile Lane #105
                                                    Largo, Maryland 20774
                                                    Phone: 301-341-2580
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jon A. Hoppe_____  
Jon A. Hoppe
